UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JABAR COOPER,

                              Plaintiff,      **NOTICE OF APPEARANCE**

            -against-

THE CITY OF NEW YORK, et al.                       08 CV 5390 (PKC)

                             Defendants.

------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
          July 15, 2008

                                             MICHAEL A. CARDOZO
                                           Corporation Counsel
                                           of the City of New York
                                           Attorney for Defendant City of New York
                                           100 Church Street, Rm. 3-189
                                           New York, New York 10007
                                           (212) 788-0976

                                    By:     _____
                                           Johana Castro (JC 1809)
                                           Assistant Corporation Counsel
                                           Special Federal Litigation Division

To:     BY ECF
        Brett Klein, Esq.