```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JABAR COOPER,

                Plaintiff(s),                08 Civ. 5390 (PKC)

        -against-                  **ORDER OF DISMISSAL**

City of New York, et al.,

                Defendant(s).
------------------------------------------------------------x

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                      _____
                                                        P. Kevin Castel
                                                     United States District Judge

Dated:  New York, New York
            March 19, 2009